UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DISTRICT

CASE NO. 17-cv-23132-KMW/TORRES

SANRIO, INC.,

        Plaintiff,

v.

BELLA JOIAS LADIE'S ACCESSORIES, INC.
d/b/a BELLA JOIAS JEWELRY STORE,
JULIO CESAR RODRIGUES COSTA,
and DIEGO R. COSTA,

        Defendants.
_____/

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Defendants BELLA JOIAS LADIE'S ACCESSORIES, INC. d/b/a BELLA JOIAS JEWELRY STORE, JULIO CESAR RODRIGUES COSTA, and DIEGO R. COSTA, by their undersigned counsel, pursuant to Fed.R.Civ.P. 7.1(a), hereby make the following non-governmental corporate party disclosure statement as follows:

Defendant BELLA JOIAS LADIE'S ACCESSORIES, INC. d/b/a BELLA JOIAS JEWELRY STORE states that there is no parent corporation or publicly held corporation that owns 10% or more of its respective stock.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

CASE NO. 17-cv-23132-KMW/TORRES

some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Dated: August 29, 2017<br>Boca Raton, FL | Respectfully submitted,<br><br>_____<br>Wayne Schwartz (Florida Bar No. 907390)<br>schwartz@leeamlaw.com<br>LEE & AMTZIS, P.L.<br>5550 Glades Road, Suite 401<br>Boca Raton, FL 33431<br>(561) 981-9988<br>**Attorneys for Defendants**<br>**BELLA JOIAS LADIE'S ACCESSORIES, INC.**<br>**d/b/a BELLA JOIAS JEWELRY STORE,**<br>**JULIO CESAR RODRIGUES COSTA,**<br>**and DIEGO R. COSTA** |

CASE NO. 17-cv-23132-KMW/TORRES

# SERVICE LIST

**Counsel for Plaintiff**
**Sanrio, Inc.**

Holihan Law
Michael Walls O. Holihan, Esq.
michael.holihan@holihanlaw.com
Kimberly Ann Harchuck, Esq.
kimberly.harchuck@holihanlaw.com
1101 N. Lake Destiny Rd., Ste. 275
Maitland, FL  32751