UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23132-Williams/Torres

SANRIO, INC.

    Plaintiff,

vs.

BELLA JOIAS LADIE'S ACCESSORIES, INC. d/b/a BELLA JOIAS JEWELRY STORE; JULIO CESAR RODRIGUES COSTA; and DIEGO R. COSTA,

    Defendants.
_____/

JOINT CONFERENCE REPORT

As required by S.D. Fla. Local Rule 16.1(b), a telephone conference was held on November 2, 2017 at 1:30 p.m. for the purposes prescribed in Fed. R. Civ. P. 26(f), and attended by the following Counsel of Record:

| Counsel Name | Representing |
|---|---|
| Kimberly A. Harchuck | Sanrio, Inc. |
| Wayne Schwartz | Bella Joias Ladie's Accessories, Inc. d/b/a Bella Joias Jewelry Store; Julio Cesar Rodrigues Costa; Diego R. Costa |

Pursuant to S.D. Fla. L.R. 16.1(b)(2), the following matters were addressed during such conference:

(A)    Likelihood of settlement.

> *While it is too early in the current proceedings to determine the likelihood of settlement, the parties intend to continue good faith settlement discussions.*

(B)    Likelihood of appearance of additional parties.

> *At this time, the parties agree that the appearance of additional parties is unlikely.*

(C)    Proposed limits on time (e.g.: joinder, amend pleadings, compete discovery, etc.).

> *Pursuant to this Court's October 15, 2017 Order (Dkt. No. 17), please see the Schedule Jointly Proposed by the Parties, attached herein as Exhibit A.*

(D)    Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses.

> *None at this time. Although the parties are engaged in good faith discussions concerning formulation and simplification of issues, claims and defenses.*

(E)    Necessity or desirability of amendments to the pleadings.

> *The parties do not believe amendments are necessary at this time. However, the parties request ninety (90) days to investigate the possibility of amending the pleadings.*

(F)    Possible admissions of fact; possible stipulations regarding the authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence.

> *None at this time. Although the parties will continue to have good faith discussions concerning facts, as well as authenticity of documents and evidence.*

(G)    Suggestions for the avoidance of unnecessary proof and of cumulative evidence.

> *None at this time. Although the parties will continue to have good faith*

*discussions concerning these issues.*

(H)  Suggestions on advisability of referring matters to a Magistrate Judge or master.

*The parties do not consent to trial by magistrate at this time.*

(I)  A preliminary estimate of the time required for trial.

*Four (4) days.*

(J)  Requested date(s) for conferences before trial, final pretrial conference, and trial.

*The parties request a trial date at the Court's convenience on or around January 7, 2019, and further request a final pretrial conference prior to trial.*

(K)  Any other information that might be helpful to the Court.

*None at this time.*

Pursuant to this Court's October 15, 2017 Order (Dkt. No. 17) and as required under S.D. Fla. L.R. 16.1(b)(3), please see the Joint Proposed Scheduling Order, attached herein as Exhibit B.

Dated: November 6, 2017

| | |
|---|---|
| s/Kimberly A. Harchuck | s/Wayne Schwartz |
| Michael W.O. Holihan | Wayne Schwartz. |
| Florida Bar No. 0782165 | Florida Bar No. 907390 |
| Kimberly A. Harchuck | Lee & Amtzis, P.L. |
| Florida Bar No. 0064852 | 5550 Glades Rd., Suite 401 |
| Holihan Law | Boca Raton, FL 33431 |
| 1101 North Lake Destiny Rd., Suite 275 | Phone: 561.981.9988 |
| Maitland, FL 32751 | schwartz@leeamlaw.com |
| Phone: 407.660.8575 | Counsel for Defendants |
| Fax: 407.660.0510 | |
| michael.holihan@holihanlaw.com | |
| kimberly.harchuck@holihanlaw.com | |
| Counsel for Plaintiff | |