# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23132-Williams/Torres

SANRIO, INC.

      Plaintiff,

vs.

BELLA JOIAS LADIE'S ACCESSORIES,
INC. d/b/a BELLA JOIAS JEWELRY
STORE; JULIO CESAR RODRIGUES
COSTA; and DIEGO R. COSTA,

      Defendants.
_____/

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Joint Conference Report, it is Ordered and Adjudged as follows:

(A)   This case is assigned to a Standard Track.

(B)   The parties shall abide by the discovery dates set forth in the Schedule Jointly Proposed by the Parties, as incorporated herein.

(C)   Any agreements or issues to be decided by the Court regarding the preservation, disclosure, and discovery of documents, electronically stored information, or things.

> *The parties will exchange discovery in electronic format, to the extent it exists or can be readily converted to electronic format. Otherwise, documents or materials will be produced in whatever form they may exist. Electronic documents will be provided in their native format.*

(D)  Any agreements the parties reach for asserting claims of privilege or protection of trial preparation material after production.

   *None at this time.*

(E)  A limitation of the time to join additional parties and to amend the pleadings.

   *The parties will join additional parties and/or amend the pleadings no later than January 30, 2018.*

(F)  All Pretrial Motions shall be filed with the Court no later than _____, 2018.

(G)  All Pretrial Motions shall be ruled on by the Court no later than _____, 2018.

(H)  Any proposed use of the Manual on Complex Litigation and any other need for rule variations, such as on deposition length or number of depositions.

   *No need for the Manual on Complex Litigation or rule variation at this time.*

(I)  A Pretrial Conference shall be held in this matter on _____, 2018, in Court Room _____ at ___am/pm.

(J)  The trial in this matter is set for the two-week calendar commencing on _____, 2019.

DONE AND ORDERED in Chambers in Miami, Florida this ____ day of November 2017.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished:
All Counsel of Record

2