UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23132-KMW/TORRES

SANRIO, INC.

  Plaintiff,

BELLA JOIAS LADIE'S ACCESSORIES,
CORP d/b/a BELLA JOIAS JEWELRY
STORE; JULIO CESAR RODRIGUES
COSTA; and DIEGO R. COSTA,

  Defendants.
_____/

NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

  Plaintiff, Sanrio, Inc., by and though its undersigned counsel, hereby gives Notice of Filing the Proposed Order Scheduling Mediation.

       s/ Kimberly A. Harchuck
       Michael W. O. Holihan
       Florida Bar No.: 0782165
       Kimberly A. Harchuck
       Florida Bar No.: 0064852
       Holihan Law
       1101 North Lake Destiny Road
       Suite 275
       Maitland, Florida 32751
       Telephone: (407) 660-8575
       Fax: (407) 660-0510
       michael.holihan@holihanlaw.com
       kimberly.harchuck@holihanlaw.com
       Attorneys for Plaintiff

I hereby certify that on December 6, 2017, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to counsel of record.

        s/ Kimberly A. Harchuck
Michael W. O. Holihan
Florida Bar No.: 0782165
Kimberly A. Harchuck
Florida Bar No.: 0064852
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, Florida 32751
Telephone: (407) 660-8575
Fax: (407) 660-0510
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Attorneys for Plaintiff