UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23132-KMW/TORRES

SANRIO, INC.

    Plaintiff,

BELLA JOIAS LADIE'S ACCESSORIES,
CORP d/b/a BELLA JOIAS JEWELRY
STORE; JULIO CESAR RODRIGUES
COSTA; and DIEGO R. COSTA,

    Defendants.
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Laurie L. Riemer, Esq. on July 17, 2018, at 10:00 am at 217 E. Hallandale Beach Boulevard, Hallandale, FL 33009.

ENTERED this ___ day of _____, 2017.

                                                         _____
                                                         KATHLEEN M. WILLIAMS
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record