**SANRIO, INC.**

    PLAINTIFF(S)

VS.

**BELLA JOIAS LADIE'S ACCESSORIES, CORP.,
JULIO CESAR RODRIGUES COSTA AND
DIEGO R. COSTA**

    DEFENDANT(S)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-23132-KMW/TORRES

NOTICE OF APPOINTMENT OF
MEDIATOR, AND SCHEDULED
CONFERENCE DATE

FLORIDA BAR NO. 354929

    YOU ARE NOTIFIED that the undersigned is the Certified Mediator stipulated to in this action pursuant to F.S. 44.1011-201 and the applicable Fed.R.Civ.P.

    The Mediation Conference has been set to be heard on the **17th day of July 2017,** commencing at **10:00 A.M.** at the offices of **Riemer Insurance, 217 E Hallandale Beach Blvd, Hallandale Beach, FL 33009.** In cases involving two parties, the agreed rate of compensation shall be $180.00 per party / per hour. In cases involving three or more parties, the agreed rate of compensation shall be $135 per party / per hour. Counsel and their respective parties agree that the mediator will be compensated for all mediation services, including scheduling, travel, preparation and follow up work, time, attorneys' fees and costs incurred in collection of fees, responding to subpoenas, discovery requests, filing court papers or attending any court proceeding. There is a four hour minimum which is due seven (7) days prior to the conference. If there is a settlement, schedule change or cancellation made less than seven (7) days before the scheduled mediation conference, then the minimum fee shall be charged to the party or apportioned equally among the parties responsible for the cancellation. Counsel for each party is responsible for financial arrangements with their clients and timely payment of said fees. Counsel and the parties agree to be jointly and severally responsible for their portion of the mediator's fee at the conclusion of each conference. Interest on any unpaid balances shall be at ten percent per annum.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this notice has been mailed and emailed on the **11** day of December, 2017 to: **KIMBERLY HARCHUCK, ESQ.,** kimberly.harchuck@holihanlaw.com, and **MICHAEL HOLIHAN, ESQ.,** michael.holihan@holihanlaw.com, Holihan Law, 1101 North Lake Destiny Road, Suite 275, Maitland, FL 32751; **WAYNE SCHWARTZ, ESQ.,** schwartz@leeamlaw.com, Lee & Amtzis, P.L., 5550 Glades Road, Suite 401, Boca Raton, FL 33431.

                                                Laurie L. Riemer, Esquire, Mediator/Arbitrator
                                                20155 Northeast 38th Court, #3104
                                                Aventura, Florida 33180
                                                (305) 932-2200  Fax: (305) 792-2061
                                                Email: Lriemer@riemermediation.com