UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DISTRICT

CASE NO. 17-cv-23132-KMW/TORRES

SANRIO, INC.,

    Plaintiff,

v.

BELLA JOIAS LADIE'S ACCESSORIES, INC.
d/b/a BELLA JOIAS JEWELRY STORE,
JULIO CESAR RODRIGUES COSTA,
and DIEGO R. COSTA,

    Defendants.
_____/

## DEFENDANT'S RULE 26 INITIAL DISCLOSURES

Defendants BELLA JOIAS LADIE'S ACCESSORIES, INC. d/b/a BELLA JOIAS JEWELRY STORE, JULIO CESAR RODRIGUES COSTA, and DIEGO R. COSTA ("Defendants"), by their undersigned counsel, hereby provide their initial disclosures as required by Federal Rules of Civil Procedure 26(a)(1) and Local Rule 26.1, and state as follows:

**I**       **Federal Rule of Civil Procedure 26(a)(1)(i)**

**(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

    1.    Diego R. Costa (operation of Bella Joias; purchase and sale of alleged counterfeit products)
           c/o Lee & Amtzis, P.L.

    2.    Julio Cesar Rodrigues Costa (operation of Bella Joias)
           c/o Lee & Amtzis, P.L.

    3.    Any other witness identified by the parties.

CASE NO. 17-cv-23132-KMW/TORRES

As Defendants' investigation and discovery are continuing and ongoing, Defendants reserve the right to disclose additional witnesses as such witnesses are located or identified.

II.     **Federal Rule of Civil Procedure 26(a)(1)(ii)**

**A copy—or description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

1.      Business records that may refer or relate to purchases of inventory alleged to be counterfeit Sanrio products, including invoices.

III.    **Federal Rule of Civil Procedure 26(a)(1)(iii)**

**A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

N/A.

IV.     **For inspection and copying as under Federal Rule of Civil Procedure 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.

V.      **Federal Rule of Civil Procedure 26(a)(2)**

1.      **Identity of expert witnesses**

Undetermined at this time.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

CASE NO. 17-cv-23132-KMW/TORRES

some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: January 10, 2018
      Boca Raton, FL

Respectfully submitted,

_____
Wayne Schwartz (Florida Bar No. 907390)
schwartz@leeamlaw.com
LEE & AMTZIS, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL 33431
(561) 981-9988
**Attorneys for Defendants**
**BELLA JOIAS LADIE'S ACCESSORIES, INC.**
**d/b/a BELLA JOIAS JEWELRY STORE,**
**JULIO CESAR RODRIGUES COSTA,**
**and DIEGO R. COSTA**

CASE NO. 17-cv-23132-KMW/TORRES

## SERVICE LIST

**Counsel for Plaintiff**
**Sanrio, Inc.**

Holihan Law
Michael Walls O. Holihan, Esq.
michael.holihan@holihanlaw.com
Kimberly Ann Harchuck, Esq.
kimberly.harchuck@holihanlaw.com
1101 N. Lake Destiny Rd., Ste. 275
Maitland, FL  32751