UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DISTRICT

CASE NO. 17-cv-23132-KMW/TORRES

SANRIO, INC.,

       Plaintiff,

v.

BELLA JOIAS LADIE'S ACCESSORIES, INC.
d/b/a BELLA JOIAS JEWELRY STORE,
JULIO CESAR RODRIGUES COSTA,
and DIEGO R. COSTA,

       Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, REQUEST FOR ADMISSIONS AND INTERROGATORIES**

Defendants BELLA JOIAS LADIE'S ACCESSORIES, INC. d/b/a BELLA JOIAS JEWELRY STORE JULIO CESAR RODRIGUES COSTA, and DIEGO R. COSTA ("Defendants"), by their undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(a)(1)(J), hereby request an extension of time to respond to Plaintiff's Request for Production of Documents, Request for Admissions and Interrogatories based upon the following grounds:

    1.    On January 18, 2018, Plaintiff served its Plaintiffs' Request for Production of Documents, Request for Admissions and Interrogatories upon the respective Defendants.

    2.    The responses to the discovery requests are due by February 20, 2018.

    3.    The parties are actively involved in good faith efforts to resolve the dispute.

    4.    Therefore, Defendants request a 21 day extension of time to respond to the discovery requests.

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

5.      This Motion is filed in good faith and not for purposes of delay.

## CERTIFICATION

The undersigned counsel has conferred with Plaintiff's counsel, Kimberly Harchuck, Esq., who consents to the relief requested.

WHEREFORE, Defendant BELLA JOIAS LADIE'S ACCESSORIES, INC. d/b/a BELLA JOIAS JEWELRY STORE, respectfully requests that this Court enter an Order granting the instant Motion and provide Defendants until March 13, 2018, to respond to the discovery requests, together with such other and further relief that this Court may deem just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  February 20, 2018            Respectfully submitted,
        Boca Raton, FL

                                     _____
                                     Wayne Schwartz (Florida Bar No. 907390)
                                     schwartz@leeamlaw.com
                                     LEE & AMTZIS, P.L.
                                     5550 Glades Road, Suite 401
                                     Boca Raton, FL 33431
                                     (561) 981-9988
                                     **Attorneys for Defendants**
                                     **BELLA JOIAS LADIE'S ACCESSORIES, INC.**
                                     **d/b/a BELLA JOIAS JEWELRY STORE,**
                                     **JULIO CESAR RODRIGUES COSTA,**
                                     **and DIEGO R. COSTA**

CASE NO. 17-cv-23132-KMW/TORRES

## SERVICE LIST

**Counsel for Plaintiff**
**Sanrio, Inc.**

Holihan Law
Michael Walls O. Holihan, Esq.
michael.holihan@holihanlaw.com
Kimberly Ann Harchuck, Esq.
kimberly.harchuck@holihanlaw.com
1101 N. Lake Destiny Rd., Ste. 275
Maitland, FL  32751