UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DISTRICT

CASE NO. 17-cv-23132-KMW/TORRES

SANRIO, INC.,

       Plaintiff,

v.

BELLA JOIAS LADIE'S ACCESSORIES, INC.
d/b/a BELLA JOIAS JEWELRY STORE,
JULIO CESAR RODRIGUES COSTA,
and DIEGO R. COSTA,

       Defendants.
_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, REQUEST FOR ADMISSIONS AND INTERROGATORIES**

THIS CAUSE came before the Court upon Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Request for Production of Documents, Request for Admissions and Interrogatories and the Court having reviewed the Motion and being otherwise advised in the premises, it is hereby

ORDER and ADJUDGED that the Motion is hereby GRANTED.  Defendants shall have up to and including March 13, 2018 to respond to the discovery requests.

DONE and ORDERED in the Southern District of Florida on _____, 2018.

                                                                          _____
                                                                         KATHLEEN M. WILLIAMS
                                                                         U.S. DISTRICT COURT JUDGE

Copies furnished to:

Counsel of record