UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23132-KMW/TORRES

SANRIO, INC.

      Plaintiff,

BELLA JOIAS LADIE'S ACCESSORIES,
CORP. d/b/a BELLA JOIAS JEWELRY
STORE; JULIO CESAR RODRIGUES
COSTA; and DIEGO R. COSTA,

      Defendants.
_____/

NOTICE OF SETTLEMENT

Plaintiff, Sanrio, Inc. ("Plaintiff") and Defendants, Bella Joias Ladie's Accessories, Corp. d/b/a Bella Joias Jewelry Store, Julio Cesar Rodrigues Costa, and Diego R. Costa (collectively, "Defendants"), hereby give Notice of Settlement in the matter styled as *Sanrio, Inc. v. Bella Joias Ladie's Accessories, Corp. et al.*, Case Number 1:17-cv-23132-KMW/TORRES.

The agreed upon Settlement Agreement and Consent to Permanent Injunction ("Settlement Agreement") is currently being circulated among the parties for signature. At present, Plaintiff's authorized signatory is out of the country until Monday, July 30, 2018. Therefore, upon execution by the parties, Plaintiff will file with the Court the Settlement Agreement and corresponding Stipulated Permanent Injunction and Final Order, as well as the requisite Joint Stipulation of Dismissal, no later than July 31, 2018.

s/ Kimberly A. Harchuck
Michael W. O. Holihan
Florida Bar No.: 0782165
Kimberly A. Harchuck
Florida Bar No.: 0064852
Holihan Law
1101 North Lake Destiny Rd., Ste. 275
Maitland, Florida 32751
Telephone: (407) 660-8575
Fax: (407) 660-0510
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to counsel of record.

<u>s/ Kimberly A. Harchuck</u>
Michael W. O. Holihan
Florida Bar No.: 0782165
Kimberly A. Harchuck
Florida Bar No.: 0064852
Holihan Law
1101 North Lake Destiny Rd., Ste. 275
Maitland, Florida 32751
Telephone: (407) 660-8575
Fax: (407) 660-0510
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Attorneys for Plaintiff