UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23132-KMW/TORRES

SANRIO, INC.

    Plaintiff,

BELLA JOIAS LADIE'S ACCESSORIES,
CORP. d/b/a BELLA JOIAS JEWELRY
STORE; JULIO CESAR RODRIGUES
COSTA; and DIEGO R. COSTA,

    Defendants.
_____/

NOTICE OF FILING SETTLEMENT AGREEMENT AND CONSENT TO PERMANENT INJUNCTION

Plaintiff, Sanrio, Inc., by and through its undersigned counsel, hereby gives Notice of Filing the Settlement Agreement and Consent to Permanent Injunction.

    s/Kimberly A. Harchuck
    Michael W.O. Holihan, Esq.
    Florida Bar No. 0782165
    Kimberly A. Harchuck, Esq.
    Florida Bar No. 0064852
    Holihan Law
    1101 N. Lake Destiny Rd., Suite 275
    Maitland, FL 32751
    Phone: 407.660.8575  Fax: 407.660.0510
    michael.holihan@holihanlaw.com
    kimberly.harchuck@holihanlaw.com
    Attorneys for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that on July 30, 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

                            s/Kimberly A. Harchuck
                            Michael W.O. Holihan, Esq.
                            Florida Bar No: 0782165
                            Kimberly A. Harchuck, Esq.
                            Florida Bar No: 0064852
                            Holihan Law
                            1101 N. Lake Destiny Rd., Suite 275
                            Maitland, FL 32751
                            Phone: 407.660.8575  Fax: 407.660.0510
                            Michael.Holihan@holihanlaw.com
                            Kimberly.Harchuck@holihanlaw.com
                            Attorneys for Plaintiff