UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23132-KMW/TORRES

SANRIO, INC.

      Plaintiff,

BELLA JOIAS LADIE'S ACCESSORIES, CORP. d/b/a BELLA JOIAS JEWELRY STORE; JULIO CESAR RODRIGUES COSTA; and DIEGO R. COSTA,

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Sanrio, Inc. ("Plaintiff") and Defendants, Bella Joias Ladie's Accessories, Corp. d/b/a Bella Joias Jewelry Store, Julio Cesar Rodrigues Costa, and Diego R. Costa (collectively, "Defendants"), enter into the following Joint Stipulation based upon the parties' Settlement Agreement and Consent to Permanent Injunction, requesting this Court to enter an Order dismissing this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own attorneys' fees and costs.

Dated: July 30, 2018

| | |
|---|---|
| s/Kimberly A. Harchuck | s/Wayne Schwartz |
| Michael W. O. Holihan | Wayne Schwartz |
| Florida Bar No.: 0782165 | Florida Bar No. 907390 |
| Kimberly A. Harchuck | Lee & Amtzis, P.L. |
| Florida Bar No.: 0064852 | 5550 Glades Rd., Suite 401 |
| Holihan Law | Boca Raton, FL 33431 |
| 1101 North Lake Destiny Road | Telephone: 561.981.9988 |
| Suite 275 | schwartz@leeamlaw.com |
| Maitland, Florida 32751 | Counsel for Defendants |
| Telephone: 407.660.8575 | |
| Fax: 407.660.0510 | |
| michael.holihan@holihanlaw.com | |
| kimberly.harchuck@holihanlaw.com | |
| Counsel for Plaintiff | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

Dated this 30th day of July 2018.

s/Kimberly A. Harchuck
Michael W.O. Holihan
Florida Bar No: 0782165
Kimberly A. Harchuck
Florida Bar No: 0064852
Holihan Law
1101 N. Lake Destiny Rd., Suite 275
Maitland, FL 32751
Telephone: (407) 660-8575
Facsimile: (407) 660-0510
Michael.Holihan@holihanlaw.com
Kimberly.Harchuck@holihanlaw.com
Attorneys for Plaintiff
