## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 1:17-cv-23132-KMW/TORRES

SANRIO, INC.

      Plaintiff,

BELLA JOIAS LADIE'S
ACCESSORIES, CORP. d/b/a BELLA
JOIAS JEWELRY STORE; JULIO
CESAR RODRIGUES COSTA; and
DIEGO R. COSTA,

      Defendants.

_____/

### STIPULATED PERMANENT INJUNCTION AND FINAL ORDER DISMISSING CASE

Upon consideration of the Stipulated Permanent Injunction and Final Order (the "Order") submitted by Plaintiff, Sanrio, Inc., ("Plaintiff") and Bella Joias Ladie's Accessories, Corp d/b/a Bella Joias Jewelry Store, Julio Cesar Rodrigues Costa, and Diego R. Costa (collectively "Defendants"), this Court being fully aware of the premises makes the following findings of fact and conclusions of law:

1.      Defendants have stipulated that this Court has jurisdiction over the Plaintiff and Defendants (collectively the "Parties") and above-styled action.

2.      Defendants have stipulated that Plaintiff is the owner or exclusive United States licensee of the copyrighted properties identified in the federal copyright registration and related specimen, attached hereto as Exhibit A, as well as the distinctive trademarks identified by the index of trademark registrations, attached hereto as Exhibit B. The copyrighted properties and trademarks identified in Exhibits A and B of this Order, will hereinafter be collectively referred to as the "Sanrio Properties". Defendants

agree that the respective registrations are valid, subsisting and conclusive proof of Plaintiff's rights to the Sanrio Properties.

3.      Plaintiff brought this action against the Defendants alleging claims of trademark infringement and counterfeiting, copyright infringement, unfair competition, importation of good bearing infringing marks, and violation of the Tariff Act.

4.      Plaintiff's action arose out of the Defendants' alleged infringement of the Sanrio Properties through Defendants' importation, manufacture, sale, offer for sale, advertising, promotion, marketing, and distribution of merchandise bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Sanrio Properties, or a design that was of a substantially similar appearance to the Sanrio Properties.

5.      Defendants have never been authorized by the Plaintiff to import, manufacture, sell, offer for sale, advertise, promote, market, or distribute merchandise bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Sanrio Properties, or any design that is of a substantially similar appearance to the Sanrio Properties.

6.      Plaintiff alleges it has suffered irreparable injury as a result of Defendants' importation, sale, or distribution of merchandise bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Sanrio Properties, or a design that is of a substantially similar appearance to the Sanrio Properties. Plaintiff will continue to suffer irreparable harm and injury should this Court not issue a permanent injunction enjoining such actions by the Defendants.

7.      Defendants, without making an admission of liability, have stipulated and agreed to entry of a permanent injunction forever enjoining them from importing, manufacturing, selling, offering for sale, advertising, promoting, marketing, displaying, distributing, or making any commercial exploitation of any kind of merchandise bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Sanrio Properties, or any design that is of a substantially similar appearance to the Sanrio Properties.

Accordingly, it is **ORDERED AND ADJUDGED** that a permanent injunction is entered as to Defendants, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Defendants, their agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, from the following actions:

a.      Importing, manufacturing, procuring, distributing, shipping, retailing, selling, offering for sale, marketing, advertising, or trafficking in any merchandise not authorized by the Plaintiff, and bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Sanrio Properties, or any design that is of a substantially similar appearance to the Sanrio Properties identified on Exhibits A and B to this Order;

b.      Passing off, inducing, or enabling others to sell or pass off as authentic products produced by the Plaintiff or otherwise authorized by the Plaintiff, any product not manufactured by the Plaintiff or produced under the control or supervision of the Plaintiff

and approved by the Plaintiff, which uses any of the Sanrio Properties identified on Exhibits A and B to this Order;

c.      From committing any act calculated to cause purchasers to believe that products sold by Defendants are those purchased under the control and supervision of the Plaintiff, or sponsored, approved, or guaranteed by the Plaintiff, or connected with and produced under the control or supervision of the Plaintiff, when in fact they are not;

d.      From further diluting and infringing the Sanrio Properties, or otherwise damaging the goodwill associated with the same; and

e.      From causing, aiding, or abetting any other person from doing any act proscribed in Sections a-d above.

It is further **ORDERED and ADJUDGED** that

1. Final Judgment is awarded in favor of the Plaintiff, Sanrio, Inc. and against Bella Joias Ladie's Accessories, Corp d/b/a Bella Joias Jewelry Store, Julio Cesar Rodrigues Costa, and Diego R. Costa, jointly and severally, in the amount of Eighty Thousand Dollars ($80,000.00).

2. The Clerk is directed to enter a Final Judgment consistent with this Order, and that execution may thereafter issue on said Final Judgment, subject to the terms and conditions of the Parties' Settlement Agreement which are incorporated herein, with the Court retaining jurisdiction over the enforcement of such Settlement Agreement until August 31, 2020.

3. This Court shall retain jurisdiction of this action for purposes of enforcing injunctive relief and this Order, by way of contempt or otherwise. Defendants agree not to contest the validity of the Sanrio Properties in any such proceedings.

4. The Parties waive appeal of this Permanent Injunction and Final Order.

5. This case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.  All pending motions are **DENIED AS MOOT**.  All hearings, trial settings, and deadlines are **CANCELED.**

6. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this ⁄31 day of September 2018.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

REG **VA 1-342-775**

EFFECTIVE DATE OF REGISTRATION

MAR V 2006
Month   Day   Year

SEPARATE CONTINUATION SHEET.

---

**1** Title of This Work ▼
Sanrio 2002 Hello Kitty Style Guide

NATURE OF THIS WORK ▼ See Instructions
Graphic artwork

Previous or Alternative Titles ▼
n/a

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2** NAME OF AUTHOR ▼
**a** Sanrio Co., Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
n/a      n/a

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of __Japan__
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☑ No   If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous?   ☐ Yes ☑ No

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☑ Photograph   ☑ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼
n/a

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous?   ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3** **a** Year in Which Creation of This Work Was Completed
2002   This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February   Day 27   Year 2002
United States   Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Sanrio Co., Ltd.
1-6-1, Ohsaki, Shinagawa-ku, Tokyo 141-8603 Japan

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
n/a

APPLICATION RECEIVED
MAR 0 6 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 0 6 2006
FUNDS RECEIVED

DO NOT WRITE HERE

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
**a** Original character designs, all created and owned by Sanrio Co., Ltd..

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
**b** New artwork

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼          Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Linda Joy Kattwinkel, Esq. / Owen, Wickersham & Erickson, P.C.
455 Market Street, Ste 1910
San Francisco, CA 94105
Area code and daytime telephone number ( 415 ) 882-3200          Fax number ( 415 ) 882-3232
Email ljk@owe.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of Sanrio Co., Ltd.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Linda Joy Kattwinkel          Date 3-00-2006

Handwritten signature (X) ▼
X

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Linda Joy Kattwinkel, Esq. / Owen, Wickersham & Erickson, P.C.
Number/Street/Apt ▼
455 Market St., Ste 1910
City/State/ZIP ▼
San Francisco, CA 94105

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.







# Introduction



Welcome!

This shiny red purse is your portal to the world of Hello Kitty, the little white cat whose spirit of fun and friendship has been bringing smiles to millions for more than 25 years. Whether your focus is on youth, teen, or adult market segments, here you'll find everything you need to create an enormous array of quality apparel, accessories, and gift items ranging from adorably sweet to cutting-edge trendy.

You may notice that the artwork in this guide is not numbered. For your convenience, each page of the style guide corresponds to one file on the accompanying CD-ROM and is numbered accordingly.

Take a look inside—then put inspiration and imagination to work toward your own designs. In the words of Hello Kitty, spreading happiness makes the world a better place!

© 1976, 2002 Sanrio Co., Ltd.

# Table of Contents

## Introduction

| | |
|---|---|
| Sanrio Licensee Information | 1.2 |
| Approval Process Flowchart | 1.6 |
| Hello Kitty Fonts | 1.7 |
| Hello Kitty Color Palette | 1.8 |

## Product Concepts

**Patches**

| | |
|---|---|
| Hangtags and Labels | 2.1 |
| Apparel and Accessories | 2.2 |
| Hardlines | 2.5 |

| | |
|---|---|
| General-Use Patches | 3.1 |

**Themes**

| | |
|---|---|
| Hello Kitty Logos | 4.1 |
| Flowers and Plants | 4.2 |
| Accessories and Cosmetics | 4.3 |
| Food and Drink | 4.4 |
| Animals | 4.5 |
| Household Items | 4.6 |

## Frames & Borders

| | |
|---|---|
| Frames | 5.1 |
| Borders | 5.3 |

**Decorative**

| | |
|---|---|
| Hello Kitty | 6.1 |
| Fabric | 6.2 |
| Fruit | 6.3 |
| Stripes and Dots | 6.4 |

## Background Art

| | |
|---|---|
| Exteriors | 7.1 |
| Interiors | 7.4 |

## Character Art

| | |
|---|---|
| Hello Kitty Editorial | 8.1 |
| Character Size Chart | 8.2 |
| Standing Poses | 8.4 |
| Sitting Poses | 8.8 |
| Pop-Up Poses | 8.10 |
| Faces | 8.12 |
| Sports Poses | 8.13 |
| Everyday Poses | 8.14 |
| Fantasy Poses | 8.16 |
| International Poses | 8.19 |
| Zodiac Poses | 8.22 |
| Family and Friends | 8.23 |
| Friends | 8.24 |

## Themed Art

| | |
|---|---|
| Christmas Kitty | 9.1 |
| Pastel Winter | 9.4 |
| Candy Valentine | 9.7 |
| Ooh-La-La! | 9.10 |
| Victorian Valentines | 9.12 |
| Hello Kitty Bunny | 9.13 |
| Backyard Barbecue | 9.14 |
| Halloween Kitty | 9.15 |
| Pink Angel | 9.17 |
| Blue Angel | 9.19 |

© 1976, 2002 Sanrio Co., Ltd.































## Hello Kitty color palette

PANTONE 100
0C 0M 50Y 0K

PANTONE 170
0C 40M 50Y 0K

PANTONE 2645
45C 40M 0Y 0K

PANTONE 2727
80C 40M 0Y 0K

PANTONE 361
75C 0M 90Y 0K

PANTONE 150
0C 30M 70Y 0K

PANTONE 212
0C 75M 5Y 0K

PANTONE 2985
65C 0M 0Y 0K

PANTONE 375
45C 0M 80Y 0K

PANTONE 108
0C 0M 100Y 0K

PANTONE 230
0C 35M 0Y 0K

PANTONE 2715
60C 50M 0Y 0K

PANTONE 325
55C 0M 25Y 0K

PANTONE 465
20C 30M 55Y 0K

PANTONE 1575
0C 45M 75Y 0K

PANTONE 185
0C 90M 75Y 0K

PANTONE 2995
100C 10M 0Y 0K

PANTONE 382
30C 0M 95Y 0K

PANTONE 123
0C 20M 100Y 0K

PANTONE 211
0C 55M 5Y 0K

PANTONE 291
45C 10M 0Y 0K

PANTONE 3395
55C 0M 45Y 0K

PANTONE 154
0C 45M 100Y 35K

PANTONE® is a registered trademark of Pantone, Inc.

Product Concepts

household items



Frames & Borders



Frames & Borders

## Creating frames and Borders

You can add to the frames and borders in this section by creating your own designs using the patterns, icons, and other artwork in this style guide. Here are some examples:

Start with an icon...

...create a border!

Start with a pattern...

...create a border!

Start with a border....

...create a frame!



Hello Kitty Hello Kitty Hello Kitty Hello Kitty

5.1

frames





















frames
5.2

borders
5.3
Hello Kitty Hello Kitty Hello Kitty

dots and stripes
6.4
Background Art

Background Art



### Using Background Art

Hello Kitty Background art helps to describe Hello Kitty's world. Use it whenever you need to add dimension to your designs. Here are a couple of examples of how backgrounds, when combined with character art can convey different stories.



exteriors































## character size chart

**Hello Kitty**
Kitty White lives in London, England. She enjoys traveling, music, reading, and best of all, making new friends.

**Mimmy**
Mimmy White is Hello Kitty's twin sister and best friend. She wears a yellow ribbon on her right ear.

**Mama**
Mary White is kind and loving. She spends her time cooking and taking care of the house. She is famous for her apple pie.

**Dear Daniel**
Daniel is Hello Kitty's boyfriend. He is often on safari in Africa with his father, who is a photographer.

**Kathy**
A quiet, gentle little girl bunny, Kathy is always thinking of others before herself. She is like everybody's older sister.

**Tippy**
Tippy is a strong and kindhearted bear.

**Fifi**
Fifi is all talk and all action! This precocious little lamb doesn't know the meaning of "time out."

**Jody**
Jody's a dog with a head for knowledge. He loves to study, and wants to be a researcher some day.

**Tracy**
Tracy is always up to some harmless tricks. This perky little raccoon is everyone's pal!

## character size chart

**Papa**
George White loves to make his family laugh. He is hardworking and dependable, but sometimes a little absent-minded.

**Grandpa**
Anthony White is a well-educated man whose hobby is painting.

**Grandma**
Margaret White likes to do embroidery and make pudding for her granddaughters.

**Thomas**
Thomas is an energetic young bear. He loves to rollerskate everywhere he goes.

**Mr. Policeman**
Mr. Policeman makes sure that everybody in town is safe.

**Bus Driver**
The bus driver sees that Hello Kitty and her friends get to school safely.

**Tim and Tammy**
Wherever there's fun, these mischievous twin monkeys are always in the middle of it!

**Lorry**
A mysterious squirrel who met Hello Kitty when she was gathering flowers. He taught her the secrets of the forest.

**Joey**
Joey is the most popular mouse at school. He's always top-notch in track events.

**Moley**
Moley lives in Hello Kitty's garden. He is very shy.

© 1976, 2002 Sanrio Co., Ltd.

Hello Kitty faces

8.12



Hello Kitty sports poses

8.13











8.18

Hello Kitty fantasy poses



8.19

Hello Kitty international poses





Hello Kitty international poses









## Using Themed Art

The Themed Art section represents popular designs previously created by Sanrio which have become available for general licensing use. New additions will be sent out periodically when groups of designs become available.

The themed art should be used in the manner and color scheme represented here unless specific permission is given by Sanrio to alter. Do not combine art from different themes.



Christmas Kitty



































# EXHIBIT B

## SANRIO'S TRADEMARKS

| Mark | Design | Registration Number | Date of Issuance | Class |
|------|--------|--------------------|-----------------|-------|
| Hello Kitty | | 1,200,083 | July 6, 1982 | 3, 8, 14, 16, 18, 21, 24, 25, 26, 28 |
| Hello Kitty | | 1,277,721 | May 15, 1984 | 3, 5, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 28, 30 |
| Hello Kitty | | 4,854,849 | November 17, 2015 | 14 |
| Hello Kitty | | 3,751,315 | December 8, 2009 | 14 |
| "Hello Kitty" | | 1,215,436 | November 9, 1982 | 3, 8, 16, 18, 21, 24, 25 |
| "Hello Kitty" | | 1,279,486 | May 29, 1984 | 3, 5, 8, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 28, 30 |
| "Hello Kitty" | | 4,845,728 | November 3, 2015 | 14 |

| Mark | Design | Registration Number | Date of Issuance | Class |
|------|--------|---------------------|------------------|-------|
| Bow Device | | 3,260,857 | July 10, 2007 | 14 |
| Sanrio | | 2,435,865 | March 13, 2001 | 25 |
| Sanrio | | 2,696,063 | March 11, 2003 | 16 |
| Sanrio | | 2,721,679 | June 3, 2003 | 28 |
| Sanrio | | 2,721,680 | June 3, 2003 | 14 |
| Sanrio | | 4850572 | August 25, 2015 | 14 |
| Sanrio Smiles | | 2,434,191 | March 6, 2001 | 14 |